FINGAL IVORSON, Respondent, v. LOUIS TRENCHER, Appellant.— Judgment and order denying motion to set aside verdict, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of SAMUEL MAZZARELL and ANGELINA MAZZARELL, Respondents, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Final order sustaining certiorari order and annulling the determination of the board of standards and appeals unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

LOUIS J. JACOBSON, Respondent, v. NEW YORK INVESTORS, INC. (Formerly Known as REALTY ASSOCIATES), Appellant.— Order of Appellate Term modified so as to provide that the judgment of the Municipal Court be modified by reducing it to the amount of the assessment for $46.40 and interest and costs. As so modified the order is unanimously affirmed, with costs to appellant. In our opinion, the assessment for $540 for the improvement of the public beach and the erection of the boardwalk was not levied in any condemnation proceeding, and does not come within the language of the covenant contained in the deed. The appellant is not liable therefor. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

ALBERT J. LEAMY, Respondent, v. LAWRENCE E. KIRWIN and GEORGE ESTABROOK, Individually and as Copartners, Doing Business as KIRWIN ESTABROOK CONSTRUCTION COMPANY, and CENTRAL NASSAU HOLDINGS CO., INC., Appellants.— Judgment and order denying motion to set aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

ANNA LEAMY, Respondent, v. LAWRENCE E. KIRWIN and GEORGE ESTABROOK, Individually and as Copartners, Doing Business as KIRWIN ESTABROOK CONSTRUCTION COMPANY, and CENTRAL NASSAU HOLDINGS CO., INC., Appellants.— Order setting aside verdict for inadequacy and order denying defendants' motion to set aside verdict upon all the grounds set forth in section 549 of the Civil Practice Act, except inadequacy, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

IDA LIPSKY, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.